UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 3 0 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| SOVEREIGN PROFESSIONAL SERVICES FOR BUSINESS OWNER LAKESHIA RASHAWN EDMOND )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAVIENT DEPARTMENT OF )<br>EDUCATION LOAN SERVICING )<br>)<br>Defendant. )<br>) | CASE NO. 5:15cv347-DPM<br><br>This case assigned to District Judge Marshall<br>and to Magistrate Judge Deere |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Navient Solutions, Inc. (misidentified as Navient Department of Education Loan Servicing and hereinafter "NSI" or "Defendant"), hereby removes the above captioned civil action from the Circuit Court of Jefferson County, State of Arkansas, to the United States District Court for the Eastern District of Arkansas. The removal of this civil action is proper because:

1. NSI is the only defendant in a civil action filed on September 1, 2015 by Plaintiff, Lakeshia Rashawn Edmond ("Plaintiff"), in the Circuit Court of Jefferson County, State of Arkansas, captioned as *Sovereign Professional Services for Business Owner, Lakeshia Rashawn Edmond v. Navient Department of Education Loan Servicing.*, Civil Action No. 35 cv-15-463 (hereinafter, the "State Court Action").

2. The Circuit Court of Jefferson County, State of Arkansas is located within the Eastern District of Arkansas. Accordingly, removal is properly to this Court because the United States District Court for the Eastern District of Arkansas

embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

3. The State Court Action is removable to this Honorable Court pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1441(b). As alleged in the State Court Action Complaint, "Plaintiff seeks monetary relief over $55,000,000,000 ($55 billion)." Complaint, p. 2, ¶ 7. Accordingly, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. 28 U.S.C. §§ 1332(a) and 1446(c)(2).

4. The controversy is wholly between citizens of different states. Plaintiff represents that she currently lives in Fort Worth, Texas. Complaint, p. 2 ¶ 6. Defendant, NSI, avers it is incorporated in the State of Delaware and its principal place of business is located in Reston, Virginia. Accordingly, Plaintiff and Defendant are citizens of different States. 28 U.S.C. § 1332(a)(1). Defendant is not an Arkansas Citizen. *See* 28 U.S.C. § 1441(b)(2) (removal not permitted if the removing defendant "is a citizen of the State in which such action is brought.").

5. Moreover, as an alternative basis for removal, Defendant avers that this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331. The United States Supreme Court has affirmed that federal question jurisdiction exists when presented with a *substantial federal question*. *Grable & Sons Metal Products, Inc. v. Darue Eng. & Mfg.*, 545 U.S. 308 (2005).

6. However inartfully pleaded, the allegations in Plaintiff's complaint suggest that she seeks to pursue causes of action that arise under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, which regulates the activity of Consumer

    Reporting Agencies ("CRAs") and entities that provide consumer credit information to CRAs. Specifically, Plaintiff appears to dispute the reporting of her student loans as in "a collection status" based upon an alleged payment agreement, and infers that her efforts to buy a home were frustrated by delinquencies reported on her student loans. Compl., p. 2, ¶¶ 1, 4. Therefore, Plaintiff's claims raise the inference that they necessarily arise under the laws of the United States. As a result, and as an alternative basis for removal, Defendant avers that this Honorable Court has original federal question jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331.

7. NSI has timely filed this Notice of Removal. NSI first received a copy of the Complaint on October 1, 2015.[1] Accordingly, this Notice of Removal is being filed within 30 days from service of the Complaint on NSI and within 1 year after commencement of the action. *See* 28 U.S.C. § 1446(c)(1) 28 U.S.C. § 1446(b).

8. Attached hereto as Exhibit "A" and incorporated by reference as part of this Notice of Removal are true and correct copies of the process and pleadings served upon NSI. 28 U.S.C. § 1446(a).

9. A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Circuit Court of Jefferson County, State of Arkansas. 28 U.S.C. § 1446(d)

WHEREFORE, Defendant, Navient Solutions, Inc., hereby removes the State Court Action to this Court.

---

[1] Service of process appears to have been defective and NSI reserves the right to challenge service under Rule 12.

Respectfully submitted,

/s/ Keith M. McPherson
Keith M. McPherson, Esq. (91194)
Laser Law Firm, P.A.
101 South Spring Street, Suite 300
Little Rock, AR 72201-2488
Telephone: (501) 376-2981
Facsimile: (501) 376-2417
Attorneys for Defendant,
Navient Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30 day of October, 2015, a copy of the foregoing **Notice of Removal** was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Arkansas and served via U.S. Mail upon Plaintiff at the address below.

/s/ Keith M. McPherson
Attorney Keith M. McPherson

Lakeshia Rashawn Edmond
11504 Gloriosa Dr.
Fort Worth, TX 76244

—Multiple claims. If a complaint asserts multiple claims which involve different subject matter divisions of the circuit court, the cover sheet for that division which is most definitive of the nature of the case should be selected and completed.

## COVER SHEET
## STATE OF ARKANSAS
## CIRCUIT COURT: CIVIL

To Save a copy of this form to your computer, please click the disk icon on the toolbar above.

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are located on the back of the form.

**FILING INFORMATION**

County: Pulaski   District: _____   Docket Number: CV-15-463

Judge: Wyatt   Division: 2   Filing Date: 9/1/15

Plaintiff: Lakeshia Edw___   Defendant: Department of Education / Navient / Van Serio

Attorney Providing Information: Lakeshia Edw___
☐ Plaintiff  ☐ Defendant  ☐ Intervenor   Address: _____

Litigant, if Pro Se: Lakeshia Edw___   Address: 11504 Glorious Drive Fort Worth TX 76244

Related Case(s): Judge _____   Case Number(s) _____

**Type of Case:**

*Torts*
- ☐ (NM) Negligence: Motor Vehicle
- ☒ (NO) Negligence: Other
- ☐ (BF) Bad Faith
- ☐ (FR) Fraud
- ☐ (MP) Malpractice
- ☐ (PL) Product Liability
- ☐ (OD) Other _____

*Contracts*
- ☐ (IS) Insurance
- ☒ (DO) Debt: Open Account
- ☐ (PN) Debt: Promissory Note
- ☐ (EM) Employment
- ☐ (OC) Other _____

*Equity*
- ☐ (FC) Foreclosure
- ☐ (QT) Quiet Title
- ☐ (IJ) Injunction
- ☐ (PT) Partition
- ☐ (OT) Other _____

*Miscellaneous*
- ☐ (CD) Condemnation
- ☐ (RE) Replevin
- ☐ (DJ) Declaratory Judgment
- ☐ (UD) Unlawful Detainer
- ☐ (IN) Incorporation
- ☐ (EL) Election
- ☐ (FJ) Foreign Judgment
- ☐ (WT) Writs _____
- ☐ (AA) Administrative Appeal
- ☐ (CF) Property Forfeiture
- ☐ (RD) Remove Disabilities
- ☐ (NC) Name Change
- ☐ (OM) Other _____

**Jury Trial Requested:** ☐ Yes ☐ No

**Manner of Filing:** ☐ Original ☐ Re-open ☐ Transfer   ☐ Return from Federal/Bankruptcy Court

**DISPOSITION INFORMATION**

Disposition Date: _____   ☐ Bench Trial   ☐ Non-Trial   ☐ Jury Trial

*Judgment Type:*
- ☐ (DJ) Default Judgment
- ☐ (SJ) Summary Judgment
- ☐ (CJ) Consent Judgment
- ☐ (TJ) Trial Judgment
- ☐ (OJ) Other Judgment
- ☐ (PG) Petition Granted
- ☐ (PD) Petition Denied
- ☐ (DF) Decree of Foreclosure

*Dismissal Type:*
- ☐ (DW) Dismissed with Prejudice
- ☐ (DN) Dismissed without Prejudice

*Other:*
- ☐ (TR) Transferred to Another Jurisdiction
- ☐ (RB) Removed to Bankruptcy Court
- ☐ (RF) Removed to Federal Court
- ☐ (AR) Arbitration

**Judgment For:**
☐ Plaintiff   ☐ Defendant   ☐ Both   Judgment Amount: $ _____

Clerk's Signature _____   Date _____

AOC 23 10-01
625 Marshall Street
Little Rock, AR 72201

Send 1 paper or electronic copy to AOC upon filing.
Send 1 paper or electronic copy to AOC upon disposition.
Keep original in court file.

**Effective 1-1-2002**

EXHIBIT A

Exhibit A

2nd Div

CASE NO. 35CV-15-463

US Dept of Education

IN THE CIRCUIRT COURT OF

JUDICIAL CIRCUIT IN AND FOR

JEFFERSON COUNTY, ARKANSAS

GENERAL JURISDICTION

SOVEREIGN PROFESSIONALSERVICES FOR BUSINESS OWNER LAKESHIA RASHAWN EDMOND

Plaintiff,

Vs.

NAVIENT DEPARTMENT OF EDUCATION LOAN SERVICING

Defendants,

COMPLAINT FOR DAMAGES AND DEMAND FOR SUMMARY JUDGEMENT

Plaintiff, LAKESHIA RASHAWN EDMOND, by and through undersigned counsel, who hereby represents herself pro-se , hereby sue Defendants NAVIENT DEPARTMENT OF EDUCATION LOAN SERVICING for damages and in support thereof, state as follows:   This is an action for damages for in excess of maximum jurisdictional limits of this Court, and exclusive of costs and interest and otherwise within the jurisdiction of this court.

FILED IN MY OFFICE AND SUMMONS ISSUED AT 3:35 O'CLOCK PM
9/11/15 DATE
LAFAYETTE WOODS, SR., CLERK

Exhibit A

Plaintiff LaKeshia RaShawn Edmond, spoke with representative Tanisha Elkins who works for Navient Department of Education Loan Servicing on May 29th, 2015 discussed bringing account current. Representative placed Plaintiff and Business owner LaKeshia R. Edmond payment agreement on May 29th 2015, and was told by Representative Tanisha Elkins that would bring account current.

Plaintiff and Business owner LaKeshia R. Edmond stated to representative that she thought that she was already on deferment per e-mail that was received from the Department of Education on April 15th 2015.

Defendant Navient and their representative Tanisha Elkins stated that the account was not on any deferment but the Plaintiff and business owner went ahead and agreed to do a check over the phone for the amount of $32.46 to place account on deferment.

In June of 2015 Plaintiff and business owner LaKeshia R. Edmond was and is in the process of buying a home with LGI and was informed by sales consultant Ron Chapel that her student loan account showed delinquent.

Plaintiff and business owner LaKeshia Edmond credit report dated May 24th of 2015 show that for the month of April she was in a collection status but due to email that was received but due to e-mail that was received, account should not have been in a collection status. the credit report dated for the month of June 22nd 2015 show that for the month of May that her account is current which is            , but for her same social security and same account number it is showing for the months of May June and July that her account is in a collection status.

Miss Edmond and business owner who suffers from a mental illness and lives at the homeless shelter of the Presbyterian Night Shelter located in Fort Worth Texas has not been able to move into her new home due to this matter with the Department of Education. Which has caused her child as well as her mother to suffer greatly due to this matter and error. That is why we are seeking monetary damages for her.

### Demand for Relief

WHEREFORE, the Plaintiff  LaKeshia RaShawn Edmond, who suffers from Schizophrenia a mental illness, demands summary judgement against Defendant Navient Department of Education Loan Servicing for the sum of 550billion in professional and personal damages.

Exhibit A

## Plaintiff Demand

Plaintiff demands are civil summary judgement settlement.

Dated this 26th day of August 2015

*[signature]*

LaKeshia R. Edmond

Pro Se

THE CIRCUIT COURT OF _Jefferson_ COUNTY, ARKANSAS

DIVISION [Civil, Probate, etc.]
_2nd Div_

_Lakeshia R. Edwards_
Plaintiff

v.   No. _35CV-15-463_

_Navient Department of Education_
Defendant

SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT:

_Navient Department of Education_ [Defendant's name and address.]
_PO Box 9635 Wilkes-Barre PA 18773_

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: _Lakeshia R Edwards 1150 Hpinosa Drive Ft. Worth TX 76134_

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

LAFAYETTE WOODS, SR., Circuit Clerk
CLERK OF COURT

Address of Clerk's Office

_P.O. Box 744_
_Pine Bluff, Ar. 71l_

_Roland James_ DC
[Signature of Clerk or Deputy Clerk]

Date: _9/1/15_

Exhibit A

No. _____ This summons is for *Xavier Department of Education* [name of Defendant].

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: *prepaid postage carrier*

☐ I was unable to execute service because: _____

My fee is $ _____.

Exhibit A

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____     SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____     By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

Exhibit A

Form for Notice and Acknowledgment
for Service by Mail under Ark. R. Civ. P. 4(d)(8)(B)

This form is to be used only for service by mail under Rule 4(d)(8)(B) of the Arkansas Rules of Civil Procedure. It cannot be used for service by mail under Rule 4(d)(8)(A) or for service by a commercial delivery company under Rule 4(d)(8)(C).

NOTICE

To: [Defendant's name and address] *Navient Department of Education PO Box 9635 Wilkes Barre PA 18773*

A lawsuit captioned _____ [insert caption of case from complaint] has been filed against you in the Circuit Court of _____ County, Arkansas. The enclosed summons and complaint are served on you in accordance with Rule 4(d)(8)(B) of the Arkansas Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 20 days. If you do not do so, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within the time specified in the summons. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, partnership, limited liability company, unincorporated association, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and are authorized to receive service, you must indicate under your signature your authority.

As the sender of this Notice and Acknowledgment of Receipt of Summons and Complaint, I declare under penalty of perjury that it is being mailed on [date].

Sender's Address:
_____
_____
_____

_____
[Signature]

_____
[Printed Name]

_____
[Date of Signature]

Exhibit A

## ACKNOWLEDGMENT OF RECEIPT
## OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the lawsuit referenced above at [address] on [date].

_____
[Signature]

_____
[Printed Name]

_____
[Relationship to Entity / Authority to Receive Service]

_____
[Date of Signature]

Exhibit A



Exhibit A

```
                    STFD 1 THF TRANSACTION STMT FORMAT      115/08/25 15.41.05
STMT          CO 10043 OP              MS 50852 ACTION COMPLETE
ACTION            COID                 ACCT COND AOP RELATED |PBS CREDITS
PROD CODE DDA    ACCT                  SHORT NAME LAKESHIA R EDMOND
CURR CODE                  PAGE    7   SEARCH FROM 115/07/15 THRU 115/08/07
ACTN    POST  EFFECTIVE CHECK NUMBER  TRAN AMOUNT  D/C  OD           BALANCE
        TRACE ID                 DESCRIPTION
____  * 08/05                              167.50   C                   97.26
        43000011508050025147 DEPOSIT
____  * 08/05                               37.00   D                   60.26
        97000011508040218364 FEE - RETURNED ITEM
____  * 08/06                               37.00   C                   97.26
        SST115080610119131011 RETURNED CHECK FEE REFUND
____  * 08/06                               19.70   D                   77.56
        POS10806074949000009 PMT AMAZON.COM AMAZON.COM     SEATTLE        WA
____  * 08/06                               37.00   D                   40.56
        43000011508060025456 WITHDRAWAL
____    08/06              0199             25.00   D                   15.56
        97000011508060606090 CHECK (SUBSTITUTE)
____  * 08/07                                2.93   D                   12.63
        FDR10806083327525909 VISA 6TH STREET SUNDRY MART FORT WORTH TX
____  * 08/07                               15.48   D    Y               2.85-
        FDR10806084537032804 VISA SUNDANCE SUNDRIES&GIFT FORT WORTH TX
PF: 1-HELP 3-PLVL 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
    3270 PASSTHRU EMULATION        08/25/15                          02:41:05
```

Exhibit A

```
                    STFD 1 THF TRANSACTION STMT FORMAT     115/08/25 15.41.08
  STMT         CO 10043 OP              MS 50852 ACTION COMPLETE
  ACTION            COID                ACCT COND AOP RELATED |PBS CREDITS
  PROD CODE DDA    ACCT                 SHORT NAME LAKESHIA R EDMOND
  CURR CODE                 PAGE     8  SEARCH FROM 115/07/15 THRU 115/08/19
  ACTN   POST    EFFECTIVE CHECK NUMBER   TRAN AMOUNT  D/C  OD      BALANCE
         TRACE ID                 DESCRIPTION
  ____  * 08/07                              9.10      D    Y        11.95-
         FDR10806084814033330 VISA SUNDANCE SUNDRIES&GIFT FORT WORTH TX
  ____  * 08/10                             37.00      D             48.95-
         FDR10806084537032804 FEE - OVERDRAFT
  ____  * 08/10                             37.00      D             85.95-
         FDR10806084814033330 FEE - OVERDRAFT
  ____  * 08/14                             13.00      D             98.95-
         I-GEN115081400001512 MAINTENANCE FEE
  ____  * 08/14                             13.00      C             85.95-
         I-GEN115081400001513 ACCESS CHECKING DIRECT DEPOSIT
  ____  * 08/14                              6.00      D             91.95-
         I-GEN115081400001514 CONTINUOUS OD FEE
  ____    08/17                              6.00      D             97.95-
         I-GEN115081700001794 CONTINUOUS OD FEE
  ____    08/18                              6.00      D            103.95-
         I-GEN115081800001596 CONTINUOUS OD FEE
  PF: 1-HELP 3-PLVL 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
      3270 PASSTHRU EMULATION          08/25/15                    02:41:09
```

Exhibit A

```
ID12 023133-4 84 10 1 15 Scanner7
```

```
                     STFD 1 THF TRANSACTION STMT FORMAT    115/08/25 15.41.11
STMT         CO 10043 OP                MS 50852 ACTION COMPLETE
ACTION          COID                    ACCT COND AOP RELATED  PBS CREDITS
PROD CODE DDA    ACCT                   SHORT NAME LAKESHIA R EDMOND
CURR CODE                  PAGE    9    SEARCH FROM 115/07/15 THRU 115/08/20
ACTN    POST  EFFECTIVE CHECK NUMBER   TRAN AMOUNT D/C OD           BALANCE
         TRACE ID                      DESCRIPTION
        08/19                                 6.00  D               109.95-
         I-GEN115081900001660 CONTINUOUS OD FEE
        08/20                                37.00  D               146.95-
         97000011508192647907 FEE - RETURNED ITEM
        08/20                                 6.00  D               152.95-
         I-GEN115082000001575 CONTINUOUS OD FEE




PF: 1-HELP 3-PLVL 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
    3270 PASSTHRU EMULATION          08/25/15                       02:41:11
```

Exhibit A

```
11512 02311 3 495 10 1 15 Scanner7
```

MD3
SOCIAL SECURITY ADMINISTRATION          CDJV23

## DISABILITY DETERMINATION AND TRANSMITTAL

| 1. DESTINATION | 2. DDS CODE | 3. FILING DATE | 4. SSN | BIC (if COB or DWB CLAIM) |
|---|---|---|---|---|
| [X] DDS  [ ] SCO  [ ] DRS  [ ] DOB  [ ] INTPSC | S49 | 06/13/13 | -4697 | |

**5. NAME AND ADDRESS OF CLAIMANT (Include ZIP Code)**
LAKESHIA RASHAWN EDMOND
11504 GLORIOSA DR
KELLER TX 76244

**6. WE'S NAME (IF COB or DWB CLAIM)**

**7. TYPE CLAIM (Title II)**
[X] DIB  [ ] FZ  [ ] DWB  [ ] CDB-R  [ ] CDB-D  [ ] RD-R  [ ] RD-D  [ ] RD  [ ] P-R  [ ] P-D  [ ] MCFE

**8. TYPE CLAIM (Title XVI)**          INDIB
[ ] DI  [ ] DS  [ ] DC  [ ] BI  [ ] BS  [ ] BC

| 9. DATE OF BIRTH | 10. PRIOR ACTION | 11. REMARKS |
|---|---|---|
| /79 | [X] PD  [ ] PT | (817) 741-7905  (682) 622-1197 |

**12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP Code)**
Federal Bldg
819 Taylor St Rm 1-A-07
Fort Worth TX 76102

DO-BO CODE: 821

RECEIPTED 07/11/13
AOD 08/30/12
DLI 12/31/2016

| 13. DO-BO REPRESENTATIVE | 14. DATE | 11A. [ ] Presumptive Disability | 11B. [ ] Impairment |
|---|---|---|---|
| (866) 704-4858 | | | |

### DETERMINATION PURSUANT TO SOCIAL SECURITY ACT, AS AMENDED

| 15. CLAIMANT DISABLED | 16A. PRIMARY DIAGNOSIS | BODY SYS. | CODE NO. | 16B. SECONDARY DIAGNOSIS | CODE NO. |
|---|---|---|---|---|---|
| A. [X] Disability Began  04/10/13 | Schizophrenic, Paranoid and other functional psychotic disorders | 12 | 2950 | None established | 6490 |
| B. [ ] Disability Ceased | | | | | |

| 17. DIARY TYPE | NO./YR. | REASON |
|---|---|---|
| MRN | 09/16 | 3 |

**18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)/(216)(i)**
A. [ ] Met Disab. For Cash Bene. Purp.
B. [ ] Disab. For Cash Benefit Purp. Bas.

**19. CLAIMANT NOT DISABLED**
A. [ ] Through Date of Current Determination
B. [ ] Through _____
C. [ ] Before Age 22 (CDB only)

| 20. VOCATIONAL BACKGROUND | OCC. YRS. | ED YRS. | 21. VR ACTION | SC IN | SC OUT | Prev Ref |
|---|---|---|---|---|---|---|
| | | 13 | | A.[ ] | B.[ ] | C.[ ] |

| 22. REG-BASIS CODE | 23. MED LIST NO. | 24. MDB CODE | 25. REVISED | 25A. Initial | Recon | Recon DHU | ALJ Hearing | Appeals Council | U.S. District Court |
|---|---|---|---|---|---|---|---|---|---|
| C1-1520(f) | | | DET [ ] | A.[X] | B.[ ] | C.[ ] | D.[ ] | E.[ ] | F.[ ] |

| 26. LIST NO. | A. | B. | C. | D. | E. | F. |
|---|---|---|---|---|---|---|

**27. RATIONALE**
[ ] See Attached SSA-4268-U4/C4
[ ] Check if Vocational Rule Met. Cite Rule

**28.**
A. [X] Period of Disability  B. [ ] Disability Period  C. [X] Estab Aug. _____  AND  D. [ ] Continues  E. [ ] Term _____

| 29. LTR/PAR NO. | 30. DISABILITY EXAMINER-DDS | 31. DATE | 32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE | 33. DATE |
|---|---|---|---|---|
| | Felicia Lofton | 10/08/13 | See eCAT DDE dated 2013-10-03 | 10/03/13 |

| 32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type) | 32B. SPEC. CODE |
|---|---|
| Sarah Jackson PHD | 38 |

**34. REMARKS**
Clmt is capable per Dr. HILBORN rpt dated 09/26/13
CHANGE IN ONSET SSA L1157-U2-DI

**MULTIPLE IMPAIRMENTS CONSIDERED**

| 34A. COMBINED MULTIPLE NONSEVERE-SEVERE |
| 34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE |

| 35. BASIS CODE | 36. REV.DET. CODES | 37. SSA REPRESENTATIVE | SSA CODE | 38. DATE |
|---|---|---|---|---|

Form SSA-831-U3 (3/89)              Electronic Input: [ ] DECISION  [ ] CASE CONTROL

Exhibit A