2nd Div

CASE NO. 35CV-15-463

US Dept of Education

IN THE CIRCUIRT COURT OF

JUDICIAL CIRCUIT IN AND FOR

JEFFERSON COUNTY, ARKANSAS

GENERAL JURISDICTION

SOVEREIGN PROFESSIONALSERVICES FOR BUSINESS OWNER LAKESHIA RASHAWN EDMOND

Plaintiff,

Vs.

NAVIENT DEPARTMENT OF EDUCATION LOAN SERVICING

Defendants,

COMPLAINT FOR DAMAGES AND DEMAND FOR SUMMARY JUDGEMENT

Plaintiff, LAKESHIA RASHAWN EDMOND, by and through undersigned counsel, who hereby represents herself pro-se, hereby sue Defendants NAVIENT DEPARTMENT OF EDUCATION LOAN SERVICING for damages and in support thereof, state as follows: This is an action for damages for in excess of maximum jurisdictional limits of this Court, and exclusive of costs and interest and otherwise within the jurisdiction of this court.

FILED IN MY OFFICE AND SUMMONS ISSUED AT 3:35 O'CLOCK PM
9/11/15 DATE
LAFAYETTE WOODS, SR., CLERK

Exhibit A

Plaintiff LaKeshia RaShawn Edmond, spoke with representative Tanisha Elkins who works for Navient Department of Education Loan Servicing on May 29th, 2015 discussed bringing account current. Representative placed Plaintiff and Business owner LaKeshia R. Edmond payment agreement on May 29th 2015, and was told by Representative Tanisha Elkins that would bring account current.

Plaintiff and Business owner LaKeshia R. Edmond stated to representative that she thought that she was already on deferment per e-mail that was received from the Department of Education on April 15th 2015.

Defendant Navient and their representative Tanisha Elkins stated that the account was not on any deferment but the Plaintiff and business owner went ahead and agreed to do a check over the phone for the amount of $32.46 to place account on deferment.

In June of 2015 Plaintiff and business owner LaKeshia R. Edmond was and is in the process of buying a home with LGI and was informed by sales consultant Ron Chapel that her student loan account showed delinquent.

Plaintiff and business owner LaKeshia Edmond credit report dated May 24th of 2015 show that for the month of April she was in a collection status but due to email that was received but due to e-mail that was received, account should not have been in a collection status. the credit report dated for the month of June 22nd 2015 show that for the month of May that her account is current which is            , but for her same social security and same account number it is showing for the months of May June and July that her account is in a collection status.

Miss Edmond and business owner who suffers from a mental illness and lives at the homeless shelter of the Presbyterian Night Shelter located in Fort Worth Texas has not been able to move into her new home due to this matter with the Department of Education. Which has caused her child as well as her mother to suffer greatly due to this matter and error. That is why we are seeking monetary damages for her.

### Demand for Relief

WHEREFORE, the Plaintiff LaKeshia RaShawn Edmond, who suffers from Schizophrenia a mental illness, demands summary judgement against Defendant Navient Department of Education Loan Servicing for the sum of 550billion in professional and personal damages.

Exhibit A

### Plaintiff Demand

Plaintiff demands are civil summary judgement settlement.

Dated this 26th day of August 2015

*[signature]*

LaKeshia R. Edmond

Pro Se