IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAKESHIA RASHAWN EDMOND,
Business Owner, Sovereign
Professional Services                                                               PLAINTIFF

v.                              No. 5:15-cv-347-DPM

NAVIENT SOLUTIONS, INC.                                                          DEFENDANT

## ORDER

Edmond hasn't responded to Navient Solutions' motion to dismiss, № 3. Her deadline was November 23rd. Unless Edmond files a response by 10 December 2015, the Court will grant the motion as unopposed and dismiss this case without prejudice for lack of good service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 November 2015