IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAKESHIA RASHAWN EDMOND,
Business Owner, Sovereign
Professional Services                                                              PLAINTIFF

v.                              No. 5:15-cv-347-DPM

NAVIENT SOLUTIONS, INC.                                                 DEFENDANT

ORDER

Navient moves to dismiss Edmond's complaint for lack of good service. № 3. Despite the Court's prompting and extension, № 5, Edmond hasn't responded. The Court therefore grants the motion as unopposed and will dismiss Edmond's complaint without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

12 December 2015