IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAKESHIA RASHAWN EDMOND,
Business Owner, Sovereign
Professional Services                                                      PLAINTIFF

v.                              No. 5:15-cv-347-DPM

NAVIENT SOLUTIONS, INC.                                                    DEFENDANT

JUDGMENT

Edmond's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

12 December 2015